## Schlosser, Appellant, *v.* Weiler.

Argued March 23, 1954. Before STERN, C. J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.

584

*Vincent M. Casey,* with him *Charles J. Margiotti, Harry Savage, Edward E. Petrillo, Sr.* and *Margiotti & Casey,* for appellant.

*John A. Spaeder,* with him *Marsh, Spaeder, Baur & Spaeder,* for appellees.

588

OPINION PER CURIAM, June 1, 1954:
The decree is affirmed on the opinion of Judge
EVANS.